PUBLICITY LEASING CO. v. LUDWIG, Superintendent of Buildings, et al. (No. 7344.)

(Supreme Court, Appellate Division, First Department. May 21, 1915.)

Appeal from Special Term, New York County.

Action by the Publicity Leasing Company against Alfred Ludwig, Superintendent of Buildings, etc., and others. From an order denying a motion for an injunction pendente lite, plaintiff appeals. Order reversed, and motion granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Walter H. Bond, of New York City, for appellant.

John P. O'Brien, of New York City, for respondent superintendent of buildings.

Hector M. Hitchings, of New York City, for respondents Mecca Realty Company and O. J. Gude Co.

SCOTT, J. For the reasons stated in Southern Leasing Company v. Alfred Ludwig, Superintendent, etc., et al., 153 N. Y. Supp. 545, decided herewith, the order appealed from will be reversed, with $10 costs and disbursements to the appellant against the Mecca Realty Company and the O. J. Gude Company, and the motion for an injunction granted, to the extent indicated in the opinion in the above-mentioned case. Settle order on notice.

McLAUGHLIN, LAUGHLIN, and CLARKE, JJ., concur. INGRAHAM, P. J., dissents.